ALLAN CLEVELAND *v.* SUBURBAN SUBARU, INC.

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 931 (AC 11887), is denied.

*Bruce D. Tyler,* in support of the petition.

Decided September 15, 1993

VIRGIL B. BALDI ET AL. *v.* HARRY NOVICK ET AL.

The defendant Harry Novick's petition for certification for appeal from the Appellate Court, 31 Conn. App. 933 (AC 12026), is denied.

*Harry Novick,* pro se, in support of the petition.

*Eric M. Higgins,* in opposition.

Decided September 15, 1993

FIRST CONSTITUTION BANK *v.*
THOMAS J. PULITO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 940 (AC 11557), is denied.

*Stephen R. Bellis,* in support of the petition.

*Andrew D. Cretella,* in opposition.

Decided September 15, 1993